# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 11-00096-01-CR-W-DW |
| REGINA GAY BROWN, | ) ) ) |
| Defendant. | ) |

# ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 48) to Deny Defendant's Motion to Suppress (Doc. 21), and to Deny Defendant's Motion to Dismiss (Doc. 22). The Defendant did not file objections to the Report and Recommendation. After an independent review of the record, the applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law.

Consequently, it is hereby ORDERED that the Magistrate's Report and Recommendation (Doc. 48) be attached to and made a part of this Order; it is further

ORDERED that the Defendant's Motion to Suppress (Doc. 21), and the Defendant's Motion to Dismiss (Doc. 22) are DENIED; because this case is no longer set for trial, it is further

ORDERED that the Defendant's Motion in Limine (Doc. 53) is DENIED AS MOOT.

IT IS SO ORDERED.

Date:   September 14, 2011                              /s/ Dean Whipple
                                                        Dean Whipple
                                                        United States District Judge